UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 08-223042 GMB

Debtor: Madeline A. McElroy

| Check Number | Creditor | Amount |
|---|---|---|
| 1679666 | Countrywide Home Loans, Inc. | 1,926.04 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  January 12, 2010